UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
DIPLOMAT CONSTRUCTION, INC.           §       Case No. 09-68613
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      PAUL H. ANDERSON, JR., TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on .  The case was pending for     months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____     By:/s/PAUL H. ANDERSON, JR., TRUSTEE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | STATE BANK OF TEXAS | | | | | |
| 000003 | INTERNAL REVENUE SERVICE | | | | | |
| 000002 | CITY OF HAPEVILLE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL H. ANDERSON, JR., | | | | | |
| PAUL H. ANDERSON, JR., AS TRUSTEE | | | | | |
| PAUL H. ANDERSON, JR., | | | | | |
| PAUL H. ANDERSON, JR., AS TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| U.S. TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL H. ANDERSON, JR., ATTORNEY | | | | | |
| PAUL H. ANDERSON, JR., ATTORNEY | | | | | |
| JAMES R. SCHULZ ADN MERRITT WATSON, | | | | | |
| JAMES R. SCHULZ AND MERRITT WATSON, | | | | | |
| MERRITT WATSON, LLP | | | | | |
| JAMES R. SCHULZ AND MERRITT WATSON, | | | | | |
| MERRITT WATSON LLP | | | | | |
| PAUL A. JONES & COMPANY | | | | | |
| PAUL A. JONES & COMPANY, LLC | | | | | |
| PAUL A. JONES & COMPANY | | | | | |
| PAUL A. JONES & COMPANY, LLC | | | | | |
| PAUL A. JONES & COMPANY, LLC | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL A. JONES & COMPANY, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE | | | | | |
| RED ROOF INNS, INC. | | | | | |
| STATE BANK OF TEXAS | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CITY OF HAPEVILLE | | | | | |
| 000001 | FULTON COUNTY TAX COMMISSIONER | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | CITY OF ATLANTA, DEPARTMENT OF AVIA | | | | | |
| 000010 | CITY OF ATLANTA, DEPARTMENT OF AVIA | | | | | |
| 000006 | CLEAR CHANNEL AIRPORTS | | | | | |
| 000007A | RED ROOF INNS, INC. | | | | | |
| 000005A | GEORGIA DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-68613 | MGD | Judge: MARY GRACE DIEHL | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | | | Date Filed (f) or Converted (c): | 04/03/09 (f) |
| | | | | 341(a) Meeting Date: | 06/15/10 |
| For Period Ending: | 02/09/15 | | | Claims Bar Date: | 08/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Red Roof Inn, Virginia Ave. - including | 11,400,000.00 | 0.00 | | 65,000.00 | FA |
| unforeclosed tracts. The motel property, consisting of 2 of 4 tracts under ground lease from the City of Atlanta which the Debtor assumed in the Chapter 11 case, along with all of the Debtor's personal property (see Assets no.s 3 and 6 below), and was foreclosed 4/6/10 for $4.6 million. In 3/11, the sale was confirmed by the Superior Court of Fulton County (Case No. 10-CV-185132), apparently determining that the foreclosing creditor, State Bank of Texas, has an allowable unsecured claim in this case. The confirmation was affirmed by the Ga. Ct. of Appeals on 3/19/12. Not foreclosed are the other 2 tracts, one of which is leased for parking to a Ruby Tuesday's restaurant under an arrangement approved by the City. The parking rent is paid directly to the City. The Trustee value shown is that of the estate's interest in the 2 unforeclosed tracts and the amount is the highest offer received for purchase of the estate's interest, which would require at least the acquiescence of the City. | | | | | |
| 2. Resurgens Bank account #0504 | 100.00 | 100.00 | | 0.00 | FA |
| 3. Motel FF&E | 582,000.00 | 582,000.00 | | 0.00 | FA |
| 193 dressers, 193 tables/chairs, 193 telephones, 193 televisions, 55 king beds/nightstands, 276 double beds/nightstands, bed sheets, etc. Foreclosed 4/10. See Asset no.1 above. | | | | | |
| 4. Accounts receivable | 115,525.98 | 115,525.98 | | 0.00 | FA |
| These were taken over and liquidated by the receiver appointed 12/09. The trustee understands that the net proceeds have been or will be paid over to the blanket lienholder, State Bank of Texas. | | | | | |
| 5. Adversary Proceeding vs. State Bank of Texas | 19,200,000.00 | 19,200,000.00 | | 40,000.00 | FA |
| Until 10/29/10 this was pending before Judge Vining in U.S.District Court, N.D.Ga. (Civil Action No. 1:09-CV-1419), based on bank's alleged misuse of Debtor's confidential information in its sealed bid for | | | | | |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 18.04

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-68613 | MGD | Judge: MARY GRACE DIEHL | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | | | Date Filed (f) or Converted (c): | 04/03/09 (f) |
| | | | | 341(a) Meeting Date: | 06/15/10 |
| | | | | Claims Bar Date: | 08/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| purchase of Debtor's motel note for $2.402 million from FDIC, which had taken over the original lender. Bank's motion to dismiss was denied, and it filed a motion for summary judgment, but Judge stayed further proceedings pending results of its Fulton Superior Court proceeding for confirmation of 4/6/10 motel foreclosure sale (Case no. 10-cv-185132 in that court). Because the confirmation hearing scheduled for 9/7/10 was delayed repeatedly for discovery issue resolution, the District Court referred the litigation to the Bankruptcy Court, where it is pending in A.P. no. 10-6597. The confirmation hearing is currently scheduled for 2/11, according to Debtor's attorneys handling the litigation. | | | | | |
| 6. Office equipment | 25,000.00 | 0.00 | | 0.00 | FA |
| Foreclosed 4/10. See Asset no. 1 above. | | | | | |
| 7. Business plan | Unknown | 0.00 | | 0.00 | FA |
| The trustee believes that under the circumstances existing at the time of conversion of the case to one under Chapter 7 this asset has no value. | | | | | |
| 8. Avoidance claims vs. insiders (u) | 0.00 | 200,000.00 | | 30,000.00 | FA |
| RC Patel and Mike Patel based on Debtor's prepetition payments of $14,000/mo. interest on an unsecured note and $6,000/mo. "management fees". Transferee of interest payments, Debtor's CEO, RC Patel, was held liable in 3/11 in suit by the Debtor's blanket lienholder, State Bank of Texas, for $6 million on guaranty. Judgments entered 8/13 as follows:<br>A.P. 11-05609 vs. Mike Patel: $248,367.36.<br>A.P. 11-05610 vs. RC Patel: $248,367.36.<br>Largely because the court declined to exercise jurisdiction over collection efforts, these proved to be uncollectable without great expense, and they are being settled at substantial discount. | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| Case No: | 09-68613    MGD    Judge: MARY GRACE DIEHL | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | Date Filed (f) or Converted (c): | 04/03/09 (f) |
| | | 341(a) Meeting Date: | 06/15/10 |
| | | Claims Bar Date: | 08/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Receivership action in Dekalb County (u) | 0.00 | 0.00 | | 0.00 | FA |
| commenced by State Bank of Texas and removed to U.S.District Court for N.D.Ga., Judge Vinings. Greg Hayes was appointed receiver in 12/09, and he operated the motel thereafter, through its 4/6/10 foreclosure. Additional relief sought: judgment on the refinance note purchased by the bank from the FDIC, and enforcement of judgment against the collateral. | | | | | |
| 10. Postpetition transfer avoidance claims (u) | 0.00 | 50,000.00 | | 61,457.28 | FA |
| Uncollected judgments remaining as of 12/3/13: Comcast Telophony: $2,091.37. RC Patel: $6,238.04, less $4,169.25 collected. | | | | | |
| 11. Other avoidance claims (u) | 0.00 | 0.00 | | 9,000.00 | FA |
| $10,998.18 judgment vs. Jagdeep (Rick) Patel, entered 8/13 in A.P. no. 11-05611. | | | | | |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.91 | Unknown |
| 13. Refunds (u) | 0.00 | 1,495.10 | | 1,495.10 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $31,322,625.98 | $20,149,121.08 | | $206,962.29 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Litigation:
   a. A.P. 10-6597  Debtor vs. State Bank of Texas ("SBT"). See Asset no. 5. Settled. $40,000 received.
   b. Fulton Superior Court Case no. 10-cv-185132: SBT vs Debtor et al. For confirmation of 4/6/10 foreclosure sale of

FORM 1
Page: 4
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Exhibit 8
ASSET CASES

Case No:         09-68613     MGD    Judge: MARY GRACE DIEHL                    Trustee Name:                      PAUL H. ANDERSON, JR., TRUSTEE
Case Name:       DIPLOMAT CONSTRUCTION, INC.                                    Date Filed (f) or Converted (c):   04/03/09 (f)
                                                                                341(a) Meeting Date:               06/15/10
                                                                                Claims Bar Date:                   08/25/10

Debtor's motel property. The sale was confirmed in 3/11 and was affirmed by the Ga. Court of Appeals on 3/19/12.

  c. U.S.D.C. Case no. 1:09-CV-03593-RLV: SBT vs. Debtor, for appointment of receiver, etc. Action was removed from Dekalb County. Receiver was appointed 12/29/09 and operated motel until 4/6/10 foreclosure sale. Receiver was discharged.

  d. A.P. 11-5184 vs. HD Supply Facilities Maintenance. Settled. $1,122.79 received.

  e. A.P. 11-5188 vs Krishna International. Settled. $4,650.10 received.

  f. A.P. 11-5189 vs. Ga. power Co. Settled. $6,370.66 received.

  g. A.P. 11-5190 vs Filterfresh Coffee Service. Settled. $1,877.11 received.

  h. A.P. 11-5191 vs Comcast Telephony Communications of Ga. Default judgment entered; uncollected.

  i. A.P. 11-5192 vs. Clear Channel Airports of Ga. Settled. $3,000.00 received.

  j. A.P. 11-5195 vs. R.C. Patel d/b/a DCM Hospitality. Default judgment. $4,169.25 collected.

  k. A.P. 11-5198 vs. Nationwide Hospitality. Settled. $14,365.59 received.

  l. A.P. 11-5609 vs. Mukesh Patel. $248,367 judgment entered 8/26/13 after trial. In collection (see below).

  m. A.P. 11-5610 vs. R.C. Patel. $248,367 judgment entered 8/26/13 after trial. In collection (see below).

  n. A.P. 11-5611 vs.Jagdeep Patel. $10,998 judgment entered 8/6/13 after trial. Motion to satisfy for $9,000; hearing set for 4/10/14.

  o. A.P. 14-5093 vs. wives of Mukesh and R.C. Patel, et al, to avoid fraudulent asset transfers and collect above judgments. Pending.

2. 23 demand letters for avoidance of various 549 transfers (checks outstanding at the time of Chapter 11 petition's filing and paid thereafter, totalling over $110,000. Many of these claims were settled without litigation, resulting in receipts totalling $25,903.78. Others were the subject of litigation described above.

3. Insider avoidance claims. See 1. l., m. and o. above. Largely because the court declined to exercise jurisdiction over post-judgment collection proceedings, the two substantial judgments proved to be substantially uncollectable without grear expense and delay, and they are being settled for $30,000.

Initial Projected Date of Final Report (TFR): 04/30/14      Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 09-68613 -MGD | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9502 Checking - Non Interest |
| Taxpayer ID No: | *******6697 | | |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 137,626.58 | | 137,626.58 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.66 | 137,620.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.84 | 137,536.08 |
| 12/15/12 | 003001 | Paul A. Jones & Company, LLC | PER ORDER ENTERED | | | 38,000.00 | 99,536.08 |
| | | | 12/10/12; interim compensation of estate's forensic accountant ($37,836.01) and expense reimbursement ($-163.99) | | | | |
| | | | Fees           37,836.01 | 3410-000 | | | |
| | | | Expenses         163.99 | 3420-000 | | | |
| 12/15/12 | 003002 | James R. Schulz and Merritt Watson, LLP | PER ORDER ENTERED | | | 34,000.00 | 65,536.08 |
| | | | 12/11/12; 2d interim compensation of estate's special attorney ($33,435.35) and expense reimbursement ($564.65) | | | | |
| | | | Fees           33,435.35 | 3210-000 | | | |
| | | | Expenses         564.65 | 3220-000 | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.56 | 65,465.52 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.33 | 65,368.19 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.78 | 65,280.41 |
| 03/29/13 | 10 | State Court of Fulton County | Garnishment proceeds; collection of judgment in A.P. 11-5195 vs. RC Patel, d/b/a DCM Hospitality. | 1241-000 | 4,169.25 | | 69,449.66 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.05 | 69,352.61 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 99.77 | 69,252.84 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.96 | 69,149.88 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 99.49 | 69,050.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.66 | 68,947.73 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.51 | 68,845.22 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 99.06 | 68,746.16 |

Page Subtotals         141,795.83         73,049.67

Ver: 18.04

FORM 2                                                                                               Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                        Exhibit 9

| Case No: | 09-68613 -MGD | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9502  Checking - Non Interest |
| Taxpayer ID No: | *******6697 | | |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.21 | 68,643.95 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.76 | 68,545.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.90 | 68,443.29 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.76 | 68,341.53 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.78 | 68,249.75 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.47 | 68,148.28 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.05 | 68,050.23 |
| 05/12/14 | 11 | Macey Wilensky et al f/b/o Rick Patel | PER ORDER ENTERED 4/11/14; discounted satisfaction of judgment in A.P. 11-1156. | 1241-000 | 9,000.00 | | 77,050.23 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 109.37 | 76,940.86 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.69 | 76,830.17 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.23 | 76,715.94 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.06 | 76,601.88 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.22 | 76,491.66 |
| 11/05/14 | 8 | Macey, Wilensky et al, f/b/o R.C. and Mike Patel, et al | PER ORDER ENTERED 10/17/14; discounted satisfaction of judgments, etc. | 1241-000 | 30,000.00 | | 106,491.66 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.72 | 106,377.94 |
| 01/16/15 | 003003 | James R. Schulz and Merritt Watson, LLP | PER ORDER ENTERED 1/16/15; third and final compensation and exp. reimb. Of special trial attorneys (prorated) | | | 41,249.15 | 65,128.79 |
| | | | Fees            40,675.23 | 3210-000 | | | |
| | | | Expenses          573.92 | 3220-000 | | | |
| 01/20/15 | 003004 | Paul H. Anderson, Jr., as Trustee | PER ORDER ENTERED 1/20/15 | | | 5,466.05 | 59,662.74 |
| | | | Fees             5,284.89 | 2100-000 | | | |
| | | | Expenses           181.16 | 2200-000 | | | |
| 01/20/15 | 003005 | PAUL H. ANDERSON, JR., ATTORNEY TWO PIEDMONT CENTER, SUITE 315 3565 PIEDMONT ROAD, NE | PER ORDER ENTERED 1/20/15 | | | 38,973.77 | 20,688.97 |

Page Subtotals             39,000.00        87,057.19

Ver: 18.04

LFORM24

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-68613 -MGD | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9502 Checking - Non Interest |
| Taxpayer ID No: | *******6697 | | |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | ATLANTA, GA 303035 | Fees             38,612.24 | 3110-000 | | | |
| | | | Expenses           361.53 | 3120-000 | | | |
| 01/20/15 | 003006 | Clerk, U.S. Bankruptcy Court | FIRST AND FINAL DIVIDEND | 2700-000 | | 1,182.66 | 19,506.31 |
| | | 1340 Richard B. Russell Building | | | | | |
| | | 75 Spring Street, S.W. | | | | | |
| | | Atlanta, GA 30303 | | | | | |
| 01/20/15 | 003007 | Office of the United States Trustee | FIRST AND FINAL DIVIDEND | 2950-000 | | 378.94 | 19,127.37 |
| | | Room 362, Richard B. Russell Building | | | | | |
| | | 75 Spring Street, S.W. | | | | | |
| | | Atlanta, Georgia  30303 | | | | | |
| 01/20/15 | 003008 | PAUL A. JONES & COMPANY, LLC | PER ORDER ENTERED 1/20/15 | | | 19,127.37 | 0.00 |
| | | 750 Hammond Drive | | | | | |
| | | Building 12, Suite 310 | | | | | |
| | | Atlanta, GA  30328 | | | | | |
| | | | Fees             19,048.11 | 3310-000 | | | |
| | | | Expenses            79.26 | 3320-000 | | | |

|   |   |   |   |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 180,795.83 | 180,795.83 | 0.00 |
| Less:  Bank Transfers/CD's | | 137,626.58 | 0.00 | |
| Subtotal | | 43,169.25 | 180,795.83 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 43,169.25 | 180,795.83 | |

Page Subtotals        0.00        20,688.97

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-68613 -MGD | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | Bank Name: | Bank of America |
|  |  | Account Number / CD #: | *******4885  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6697 |  |  |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/10/11 | 10 | J. P. Morgan Chase d/b/a British Airways - Visa | SETTLEMENT PROCEEDS per 5/12/11 Order. | 1241-000 | 1,129.17 |  | 1,129.17 |
| 05/11/11 | 10 | Paychex, Inc., f/d/b/a Stromberg | FULL PAYMENT OF AVOIDANCE CLAIM | 1241-000 | 849.07 |  | 1,978.24 |
| 05/17/11 | 10 | City of East Point | FULL PAYMENT OF AVOIDANCE CLAIM | 1241-000 | 1,030.62 |  | 3,008.86 |
| 05/31/11 | 10 | American Express Travel Related Services | SETTLEMENT PROCEEDS per 5/12/11 Order. | 1241-000 | 19,215.76 |  | 22,224.62 |
| 05/31/11 | 12 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 |  | 22,224.63 |
| 06/17/11 | 10 | Filterfresh Coffee Service, Inc. | FULL PAYMENT OF AVOIDANCE CLAIM | 1241-000 | 1,877.11 |  | 24,101.74 |
| 06/17/11 | 5 | State Bank of Texas | SETTLEMENT PROCEEDS per 5/5/11 Order. | 1149-000 | 40,000.00 |  | 64,101.74 |
| 06/21/11 | 10 | HD Supply Facilities Maintenance | FULL PAYMENT OF AVOIDANCE CLAIM | 1241-000 | 1,122.79 |  | 65,224.53 |
| 06/22/11 | 10 | Clear Channel Outdoor, Inc. | FULL PAYMENT OF AVOIDANCE CLAIM | 1241-000 | 3,000.00 |  | 68,224.53 |
| 06/28/11 | 10 | US Foodservice | FULL PAYMENT OF AVOIDANCE CLAIM | 1241-000 | 1,729.81 |  | 69,954.34 |
| 06/30/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.28 |  | 69,954.62 |
| 07/19/11 | 10 | Southstar Energy Services, LLC d/b/a Georgia Natural Gas | SETTLEMENT PROCEEDS per 7/15/11 Order. | 1241-000 | 1,947.35 |  | 71,901.97 |
| 07/22/11 | 13 | Middle Georgia Hospitality Insurance | Premium refund | 1229-000 | 1,495.10 |  | 73,397.07 |
| 07/29/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.59 |  | 73,397.66 |
| 08/31/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.63 |  | 73,398.29 |
| 09/28/11 | 000101 | James R. Schulz adn Merritt Watson, LLP 200 Galleria Parkway, SE Suite 500 Atlanta, Georgia  30339 | Interim compensation of special attorney per Order entered 9/28/11 | 3210-000 |  | 25,000.00 | 48,398.29 |
| 09/30/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.59 |  | 48,398.88 |
| 10/11/11 | 10 | Nationwide Hospitality, Inc. | SETTLEMENT PROCEEDS per 9/8/11 Order. | 1241-000 | 14,365.59 |  | 62,764.47 |
| 10/14/11 | 10 | Georgia Power Co. | SETTLEMENT PROCEEDS per 10/20/11 Order. | 1241-000 | 6,370.66 |  | 69,135.13 |

Page Subtotals    94,135.13    25,000.00

Ver: 18.04

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-68613 -MGD | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******4885 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6697 | | |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.50 | | 69,135.63 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 75.69 | 69,059.94 |
| 11/30/11 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.57 | | 69,060.51 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 85.14 | 68,975.37 |
| 12/14/11 | 10 | Hulsey, Oliver & Mahar, LLP, f/b/o Krishna International, Inc. | SETTLEMENT PROCEEDS per 1/26/12 Order. | 1241-000 | 4,650.10 | | 73,625.47 |
| 12/30/11 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.60 | | 73,626.07 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 87.14 | 73,538.93 |
| 01/31/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.62 | | 73,539.55 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 96.44 | 73,443.11 |
| 02/29/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.58 | | 73,443.69 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 87.29 | 73,356.40 |
| 03/30/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.62 | | 73,357.02 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 90.19 | 73,266.83 |
| 04/30/12 | 12 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.60 | | 73,267.43 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 93.08 | 73,174.35 |
| 05/31/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.62 | | 73,174.97 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 92.97 | 73,082.00 |
| 06/29/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.59 | | 73,082.59 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 86.86 | 72,995.73 |
| 07/31/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.63 | | 72,996.36 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 95.73 | 72,900.63 |
| 08/31/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.62 | | 72,901.25 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 92.62 | 72,808.63 |
| 09/28/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.59 | | 72,809.22 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 83.55 | 72,725.67 |
| 10/25/12 | 1 | Wire Transfer | Proceeds of sale of estate's in ground lease of remaining hotel property, including agreed $10,000 of estate's attorneys fees, paid by | 1110-000 | 65,000.00 | | 137,725.67 |

Page Subtotals     69,657.24     1,066.70

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-68613 -MGD | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | DIPLOMAT CONSTRUCTION, INC. | Bank Name: | Bank of America |
|  |  | Account Number / CD #: | *******4885  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6697 |  |  |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/12 | 12 | Bank of America | purchaser, Khushal Hospitality, LLP per 9/18/12 Order.<br>Bank Serial #: 000000<br>INTEREST REC'D FROM BANK | 1270-000 | 0.67 |  | 137,726.34 |
| 10/30/12 |  | Bank of America | BANK FEES | 2600-000 |  | 99.76 | 137,626.58 |
| 10/30/12 |  | 901 MAIN STREET<br>DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 |  | 137,626.58 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 163,793.04 | 163,793.04 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 137,626.58 |
| Subtotal | 163,793.04 | 26,166.46 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 163,793.04 | 26,166.46 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking - Non Interest - ********9502 | 43,169.25 | 180,795.83 | 0.00 |
| Money Market Account (Interest Earn - ********4885 | 163,793.04 | 26,166.46 | 0.00 |
|  | 206,962.29 | 206,962.29 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                /s/     PAUL H. ANDERSON, JR., TRUSTEE
Trustee's Signature: _____  Date: 02/09/15
                PAUL H. ANDERSON, JR., TRUSTEE

Page Subtotals        0.67        137,726.34

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*