UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Diplomat Construction, Inc.**
2100 Parklake Drive
Atlanta, GA 30345

62−1536697

Case No.: **09−68613−mgd**
Chapter: **7**
Judge: **Mary Grace Diehl**

ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE
AND CLOSING ESTATE

It appearing to the Court that

**Paul H. Anderson Jr.**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_Mary Grace Diehl_

Mary Grace Diehl
United States Bankruptcy Judge

Dated:  March 10, 2015
Form 183